IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM SCAN, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AGM CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:9-cv-02256-AWI-JLT<br><br>ORDER DIRECTING THE FILING OF A NOTICE OF SETTLEMENT AS TO DEFENDANT AGM OR THE FILING OF AGM'S RESPONSIVE PLEADING<br><br>(Doc. 16) |

      Plaintiff filed its complaint on December 29, 2009. (Doc. 1). Defendants John Hearn and Point Broadcasting filed their answer on February 19, 2010. (Doc. 10). Defendant AGM has filed a series of stipulated extensions (six) seeking additional time to file a responsive pleading. Only the first stipulated extension was allowable under Local Rule 144.

      At the Scheduling Conference held on April 14, 2010, Counsel for AGM and Plaintiff represented that the stipulations have been based upon their efforts to settle the matter as to AGM. These parties represented to the Court that a decision regarding settlement will be made within days. According, IT IS HEREBY ORDERED that:

      1.    If the settlement is achieved, Plaintiff shall file a notice of settlement no later than April 23, 2010;

      2.    If the parties do not reach a settlement, Defendant AGM shall file a responsive pleading

1    no later than April 23, 2010;

2    3.    No further stipulations regarding the filing of AGM's responsive pleading will

3    be recognized by the Court. Local Rule 144(a).

IT IS SO ORDERED.

Dated:   **April 15, 2010**                                           **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE