GIBSON, DUNN & CRUTCHER LLP
G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
KAREEM GHANEM, SBN 251926
kghanem@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

SEILLER WATERMAN LLP
GLENN A. COHEN
Gcohen@Derbycitylaw.com
2200 Meidinger Tower
Louisville, Kentucky 40202
Telephone: 502.584.7400
Facsimile: 502.583.2100

Attorneys for Plaintiff SPECTRUM SCAN, LLC

BOSTWICK & JASSY LLP
GARY L. BOSTWICK, SBN 79000
gbostwick@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: 310.979.6059
Facsimile: 310.314-8401

Attorneys for Defendants JOHN HEARNE; POINT BROADCASTING, INC., a California corporation; and POINT BROADCASTING, INC., a Nevada corporation

**FILED**
MAY 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| SPECTRUM SCAN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGM CALIFORNIA, ET AL.<br><br>Defendants. | CASE NO. 1:09-cv-02256-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

STIPULATION FOR DISMISSAL WITH PREJUDICE
-- 1 --

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SPECTRUM
2  SCAN, LLC, and the remaining Defendants, JOHN HEARNE, POINT BROADCASTING INC. (a
3  Nevada corporation), and POINT BROADCASTING, INC. (a California corporation), that any and
4  all claims against Defendants be dismissed with prejudice pursuant to Federal Rule of Civil
5  Procedure 41(a)(1)(ii), each party to bear its own attorneys fees and costs.

6  Respectfully submitted,

7  DATED: May 18, 2011                        GIBSON, DUNN & CRUTCHER LLP

                                              By: _____/s/_____
                                                   G. Charles Nierlich

                                              Attorneys for Plaintiff
                                              SPECTRUM SCAN, LLC

   DATED: May 18, 2011                        BOSTWICK & JASSY LLP

                                              By: _____/s/_____
                                                   Gary Bostwick

                                              Attorneys for Defendants
                                              JOHN HEARNE; POINT BROADCASTING, INC., a
                                              California corporation; and POINT BROADCASTING,
                                              INC., a Nevada corporation

It is so Ordered.  Dated: 5-24-11

_____
United States District Judge